**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

CURTIS JONES, :
:
    Plaintiff, :
:
v. : 1:06-CV-48 (WLS)
:
JO ANNE BARNHART, :
Commissioner of Social Security :
:
    Defendant. :
_____:

O R D E R

    Before the Court is a Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. No. 11), filed August 27, 2006. It is recommended that Commissioner's decision to adopt the ALJ's decision be adopted pursuant to Sentence Four of § 405 (g). Plaintiff has filed a timely written objection. (Doc. No. 12).

    In his objection, Petitioner reiterates the same arguments he made before the Magistrate Judge. He argues that the ALJ and the Magistrate Judge failed to consider additional medical evidence concerning Petitioner's inability to perform sedentary work and placed undue reliance on the vocational grids. Petitioner acknowledges that the Magistrate Judge did consider Petitioner's arguments on these matters. As acknowledged by Petitioner, the Magistrate Judge addressed these arguments squarely in his opinion and found that the ALJ's decision is supported by substantial evidence. The Court has reviewed the same and agrees with the Magistrate Judge.

    Upon full consideration of the record, the Court finds that said Recommendation (Doc. No. 11) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein, together with the reasons and conclusions set out herein. The Commissioner's decision is **AFFIRMED** pursuant to Sentence Four of § 405(g).

    SO ORDERED, this __25th__ day of September, 2007.

                                                      /s/W. Louis Sands
                                                   **W. Louis Sands, Judge
                                                   United States District Court**